# United States Bankruptcy Court

Southern District of Alabama

**Case No. <u>26–10438</u>**

**Chapter 7**

In re:

John A Boyd
1601 Hillcrest Rd Apt 55
Mobile, AL 36695
US

Marsha J Boyd
1601 Hillcrest Rd Apt 55
Mobile, AL 36695
US

Social Security No.:
xxx–xx–6687

Social Security No.:
xxx–xx–7998

## *NOTICE TO CORRECT*

Notice to Debtor(s) of Incomplete Filing(s): Certificate of Service via US Postal Service. Cumulative Statement of Amendments to Schedules (ALSB LBR 1009 (12/19)). Failure to file the required document(s), by the deadline, will result in a Show Cause hearing. (RE: related document(s)25 Schedule(s) filed by John A Boyd, Marsha J Boyd, 26 Schedule(s) filed by John A Boyd, Marsha J Boyd, 27 Chapter 7 Statements – Monthly Income (122A–1) / Exemption Presumption of Abuse (122A–1Supp) filed by John A Boyd, Marsha J Boyd). Incomplete Filings due by 4/10/2026. (DAP)

Dated: 3/27/26

*Andrea D. Redman*

**CLERK, U.S. BANKRUPTCY COURT**